# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CENTRAL DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-08338-HDV-PDx

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/15/2022

Date of judgment or order you are appealing: 9/15/2023

Docket entry number of judgment or order you are appealing: 67

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ● IFP was granted by U.S. District Court (in the court below)

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Michael Deuschel

Is this a cross-appeal?  ○ Yes  ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *Hoyt E. Hart II*        Date: October 3, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Michael Deuschel

Name(s) of counsel (if any):

Hoyt E. Hart II  Attorney at Law  CSB #125088

Address: PO Box 675670 Rancho Santa Fe, CA  92067

Telephone number(s): (858) 756-1636   Cell (858) 357-7903

Email(s): hoyth@prodigy.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Bayer Corporation,

Bayer HealthCare LLC, and

Bayer HealthCare Pharmaceuticals Inc.

Name(s) of counsel (if any):

Sarah C. Trankiem (SBN 235031)

FAEGRE DRINKER BIDDLE & REATH LLP

Address: Four Embarcadero Center, 27th FloorSan Francisco, CA 94111-4180

Telephone number(s): Telephone: (415) 591-7500    Facsimile: (415) 591-7510

Email(s): sarah.trankiem@faegredrinker.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
MCKESSON CORPORATION and
MCKESSON MEDICAL-SURGICAL INC.

Name(s) of counsel (if any):
Michele On-ja Choe (#230510)
WHEELER TRIGG O'DONNELL LLP

Address: 370 Seventeenth Street, Suite 4500 Denver, CO 80202-5647

Telephone number(s): Telephone: 303.244.1800    Facsimile: 303.244.1879

Email(s): Email: choe@wtotrial.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                              2                              New 12/01/2018