|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 18 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MICHAEL DEUSCHEL,

    Plaintiff - Appellant,

 v.

BAYER HEALTHCARE PHARMACEUTICALS INC.; et al.,

    Defendants - Appellees.

No. 23-2600

D.C. No. 2:22-cv-08338-HDV-PD

Central District of California, Los Angeles

MANDATE

The judgment of this Court, entered October 29, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT